DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

CHRISTOFFER LEE (CABN 280360)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7241
    FAX: (415) 436-7234
    christoffer.lee@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 20-0090 RS |
| Plaintiff, | STIPULATION TO EXCLUDE TIME FROM NOVEMBER 17, 2020 TO DECEMBER 15, 2020 AND ORDER |
| v. | |
| SHAWN NIMAU, | |
| Defendant. | |

    Counsel for the United States and counsel for Mr. Nimau now jointly stipulate and request to continue the November 17, 2020 status conference in the instant matter until December 15, 2020, or to a subsequent date deemed appropriate by the Court. The requested continuance is necessary to afford defense counsel time to review the discovery produced by the United States in the case and/or made available for inspection. The parties are simultaneously filing a stipulation and proposed protective order for court approval and the defense anticipates retention of an expert to review discovery in the case. It is hereby stipulated by and between counsel for the United States and counsel for the defendant Shawn Nimau that time be excluded under the Speedy Trial Act from November 17, 2020 through December 15, 2020.

    The parties stipulate and agree that excluding time until December 15, 2020 will allow for the

STIPULATION TO EXCLUDE TIME AND [PROPOSED] ORDER
Case No. CR 20-0090 RS                                                                                                         v. 7/10/2018

effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties further stipulate and agree that the ends of justice served by excluding the time from November 17, 2020 through December 15, 2020 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

The undersigned Assistant United States Attorney certifies that he has obtained approval from counsel for the defendant to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED: 11/13/2020

/s/
CHRISTOFFER LEE
Assistant United States Attorney

DATED: 11/13/2020

/s/
PAUL DEMEESTER
Counsel for Defendant Shawn Nimau

### ORDER

Based upon the facts set forth in the stipulation of the parties, and for good cause shown, the Court finds that failing to exclude the time from November 17, 2020 through December 15, 2020 would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from November 17, 2020 through December 15, 2020 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from November 17, 2020 through December 15, 2020 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv). The status conference set for November 17, 2020 is VACATED and RESET to December 15, 2020 at 2:30 p.m.

IT IS SO ORDERED.

DATED: November 13, 2020

RICHARD SEEBORG
United States District Judge